UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association, successor in interest by merger to Comerica Bank, a Michigan banking corporation,

        Plaintiff,

v.

OAKLAND RESTORATION SERVICES, LLC, a Michigan limited liability company, GEORGIA EVANS, LLC, a Georgia limited liability company, GEORGIA CIH, LLC, a Georgia limited liability company, CHECKER RESTORATION SERVICES, L.L.C., an Ohio limited liability company, CIH REAL ESTATE HOLDINGS, LLC, a Michigan limited liability company, WESCH CLEANERS, INC., a Michigan corporation, CIH UNITED, INC., a Michigan corporation, CRAIG I. HECKER, a Michigan resident, CIH RENTAL I, LLC, a Michigan limited liability company, CIH RENTAL, II, LLC, a Michigan limited liability company, CIH RENTAL III, a Michigan limited liability company, the CRAIG I. HECKER REVOCABLE LIVING TRUST u/a/d 9/11/2001, as amended and restated, and MARY HARRISON and CARL D. HECKER, as co-trustees of defendant the HERBERT L. HARRISON TRUST, u/a/d March 31, 1990, and UNITED GARMENT RESTORATION MANAGEMENT, LLC, a Michigan limited liability company,

        Defendants.
and

JOHN HARRIS, Intervening Party,

and

33633 WOODWARD, LLC, a Michigan limited liability company, Intervening Plaintiff.

Case No. 2:08-cv-13583
Hon. Patrick J. Duggan
Mag. Judge R. Steven Whalen

_____/

**ORDER ALLOWING 33633 WOODWARD, LLC
TO INTERVENE PURSUANT TO FRCP 24(a)(2)**

Upon stipulation of the parties, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that 33633 Woodward, LLC is allowed to intervene as a Plaintiff in this action as a matter of right pursuant to FRCP 24(a)(2).

> S/Patrick J. Duggan
> Patrick J. Duggan
> United States District Judge

Dated: December 18, 2008  December 18, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 18, 2008December 18, 2008, by electronic and/or ordinary mail.

> S/Marilyn Orem
> Case Manager

Approved for entry:

| | |
|---|---|
| By: */s/ Dennis J. Levasseur* | By:   /s/ *Julie Beth Teicher* |
| Dennis J. Levasseur (P39778) | Julie Beth Teicher (P34300) |
| BODMAN, LLP | ERMAN, TEICHER, MILLER, |
| Counsel for Comerica Bank | ZUCKER & FREEMAN, P.C. |
| 6th Floor at Ford Field | Counsel for Conway, MacKenzie & |
| 1901 St. Antoine Street | Dunleavy, Court Appointed Receiver |
| Detroit, MI  48226 | 400 Galleria Officentre, Suite 444 |
| Tel:  (313) 259-7777 | Southfield, MI  48034 |
| dlevasseur@bodmanllp.com | Tel:  248/827-4100 |
| | Fax:  248/827-4106 |
| | jteicher@ermanteicher.com |
| | |
| By: /s/ *K. Dino Kostopoulos* | By:*/s/ H. Nathan Resnick* |
| K. Dino Kostopoulos  (P57071) | H. Nathan Resnick (P42424) |
| PADILLA KOSTOPOULOS, PLLC | RESNICK & MOSS, P.C. |
| Counsel for Intervening Plaintiff 3363 Woodward, LLC | Counsel for Intervening Party Harris |
| 1821 W. Maple Road | 40900 Woodward Ave Ste 111 |
| Birmingham, MI  48009 | Bloomfield Hills, MI 48304 |
| Tel:  (248) 593-0300 | Tel: (248) 642-5400 |
| dkostop@pk-legal.com | hnresnick@resnicklaw.net |