UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 08-13583

COMERICA BANK,

　　　　Plaintiff(s),

-v-

OAKLAND RESTORATION SERVICES, LLC, ET.AL,

　　　　Defendant(s).
_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on July 20, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of progress and the

Plaintiff having filed a motion for default judgment , therefore;

IT IS ORDERED that the Court's Order to Show Cause as to

why this case should not be dismissed for lack of progress  be and the same is hereby SET

ASIDE.

　　　　　　　　s/Patrick J. Duggan
　　　　　　　　Patrick J. Duggan
　　　　　　　　United States District Judge

Dated:  July 20, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record
on July 20, 2010, by electronic and/or ordinary mail.

　　　　　　　　s/Marilyn Orem
　　　　　　　　Case Manager