UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association, successor in interest by merger to Comerica Bank, a Michigan banking corporation,

       Plaintiff,

v.

OAKLAND RESTORATION SERVICES, LLC, a Michigan limited liability company, GEORGIA EVANS, LLC, a Georgia limited liability company, GEORGIA CIH, LLC, a Georgia limited liability company, CHECKER RESTORATION SERVICES, L.L.C., an Ohio limited liability company, CIH REAL ESTATE HOLDINGS, LLC, a Michigan limited liability company, WESCH CLEANERS, INC., a Michigan corporation, CIH UNITED, INC., a Michigan corporation, CRAIG I. HECKER, a Michigan resident, CIH RENTAL I, LLC, a Michigan limited liability company, CIH RENTAL, II, LLC, a Michigan limited liability company, CIH RENTAL III, a Michigan limited liability company, the CRAIG I. HECKER REVOCABLE LIVING TRUST u/a/d 9/11/2001, as amended and restated, and MARY HARRISON AND CARL D. HECKER, as co-trustees of defendant the HERBERT L. HARRISON TRUST, u/a/d March 31, 1990, and UNITED GARMENT RESTORATION MANAGEMENT, LLC, a Michigan limited liability company,

       Defendants.
_____/

Case No. 08-13583
Honorable Patrick J. Duggan

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

At a session of said Court held in the
Theodore Levin United States
Courthouse in the City of Detroit,
State of Michigan on
December 1, 2010

Present: Hon. Patrick J. Duggan
United States District Judge

Plaintiff Comerica Bank ("Comerica") having filed a motion of default judgment against defendants Oakland Restoration Services, LLC; Georgia Evans, LLC; Georgia CIH, LLC; Checker Restoration Services, LLC; CIH Real Estate Holdings, LLC; Wesch Cleaners, Inc.; CIH United, Inc.; CIH Rental I, LLC; CIH Rental, II, LLC; CIH Rental III; Craig I. Hecker Revocable Living Trust, Mary Harrison and Carl D. Hecker as co-trustees of the Herbert L. Harrison Trust; and United Garment Restoration Management, LLC (collectively, "defendants"), and this Court having heard oral argument on November 18, 2010, reviewed the motion and related submissions, and being otherwise duly advised, this Court finds as follows:

1. Comerica served its summons and complaint upon defendants on August 20, 2008.

2. Defendants acknowledged service of the summons and complaint on October 10, 2008. Nonetheless, defendants failed to file or serve an answer or other responsive pleading.

3. On October 10, 2008 and on October 24, 2008, the Clerk of this Court entered a Clerk's Entry of Default against defendants.

IT IS HEREBY ORDERED that Comerica's motion for default judgment against defendants Oakland Restoration Services, LLC; Georgia Evans, LLC; Georgia CIH, LLC; Checker Restoration Services, LLC; CIH Real Estate Holdings, LLC; Wesch Cleaners, Inc.; CIH United, Inc.; CIH Rental I, LLC; CIH Rental, II, LLC; CIH Rental III; and United Garment Restoration Management, LLC is GRANTED in the amount of $2,925,153.29, plus accruing interest as provided for in the applicable notes, and the costs of this action.

IT IS FURTHER ORDERED that defendants Craig I. Hecker, Craig I. Hecker Revocable Living Trust, and, Mary Harrison and Carl D. Hecker as co-trustees of the Herbert L. Harrison Trust are DISMISSED WITHOUT PREJUDICE.

s/Patrick J. Duggan  
Patrick J. Duggan  
United States District Judge

Dated: December 1, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 1, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem  
Case Manager